In re SENTINEL MANAGEMENT GROUP, INC., Debtor.

Appeal of Frederick J. Grede, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust.

Nos. 10–3787, 10–3990, 11–1123.

United States Court of Appeals, Seventh Circuit.

Nov. 30, 2012.

Jeffrey W. Sarles, Mayer Brown LLP, Chicago, IL, Martin B. White, Commodity Futures Trading Commission Office of the General Counsel, Washington, DC, for Debtor.

Chris C. Gair, Jenner & Block LLP, Chicago, IL, for Frederick J. Grede.

Before DANIEL A. MANION, Circuit Judge, ILANA D. ROVNER, Circuit Judge, and JOHN DANIEL TINDER, Circuit Judge.

The opinion of this court issued on August 9, 2012, is **WITHDRAWN** and the judgment is **VACATED.** This appeal remains under consideration by the panel.